# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:05CR221-2 -RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BON ALEXANDER STROUPE ) <br> ) <br> Defendant. ) <br> _____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on an Order of Remand, filed February 13, 2019, from the Fourth Circuit Court of Appeal for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of BON ALEXANDER STROUPE (USM#20477-058), for re-sentencing on March 4, 2019, at 10:30 PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than February 27, 2019, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

---

[1] The Mandate was entered on February 13, 2019.

Signed: February 19, 2019

Richard L. Voorhees
United States District Judge