**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:05CR221**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff, )<br> )<br> )<br>vs. )<br> )<br>**BON ALEXANDER STROUPE,** )<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on its own Motion To Continue the Resentencing Hearing in this matter, which is currently scheduled for March 4, 2019, in the Statesville Division. Based on an email from Defendant's attorney, Peter Adolf, it would be in the Defendant's best interest to continue the Sentencing Hearing currently scheduled for March 4, 2019. For this reason, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for a continuance is **GRANTED**. Consequently, the Sentencing Hearing scheduled for March 4, 2019, sentencing term in the Statesville Division is hereby continued until further notice.

Signed: February 20, 2019

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge